

FILED
MAY 1 6 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN OLIVA-FLORES,<br><br>Defendant. | Case No.: 17CR0948-BTM<br><br>**[PROPOSED] ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon the United States' motion and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 16, 2017

HON. BARRY T. MOSKOWITZ
United States District Judge